NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STANDARD FURNITURE
MANUFACTURING CO., INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,**
*Defendants-Appellees.*

---

2012-1230

---

Appeal from the United States Court of International Trade in consolidated No. 07-CV-0028, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before NEWMAN, RADER, and CHEN, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

## O R D E R

American Furniture Manufacturers Committee for Legal Trade, and the United States and the International Trade Commission, move to summarily affirm the judgment of the United States Court of International Trade's decision in this case.   Standard Furniture Manufacturing Co., Inc. opposes.

Summary affirmance is warranted "when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).

In its response, Standard Furniture does not dispute that this court's decision in *Ashley Furniture Industries, Inc. v. United States*, 734 F.3d 1306 (Fed. Cir. 2013) and *Ethan Allen Global, Inc. v. United States*, 2012-1200, 734 F.3d 1306, controls the outcome of the present appeal.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to summarily affirm is granted.

(2)  Each party shall bear its own costs.

(3) Standard Furniture's unopposed motion to supplement its opposition to the motions for summary affir-

3                                    STANDARD FURNITURE v. US

mance with a copy of the *certiorari* petition filed in *Ashley Furniture* is granted.


                                        FOR THE COURT


                                    /s/  Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s23